UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

         Defendant.

- - - - - - - - - - - - - - -X

**M O T I O N**

Cr. No. **530**

CR 08

**GLASSER, J.**

**AZRACK, J.**

       Please take notice that the undersigned will move this Court for leave to file an information, under seal, upon the defendant JOHN DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★　JUL 31 2008　★

BROOKLYN OFFICE

Dated: Brooklyn, New York
      July 31, 2008

BENTON J. CAMPBELL
United States Attorney
Eastern District of New York

By: _____
John Buretta
Assistant U.S. Attorney

NEW YORK FEDERAL COURT

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CR 08 530

GLASSER, J.

AZRACK, J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 31 2008   ★

BROOKLYN OFFICE

1.  Title of Case:  United States v. John Doe

2.  Related Magistrate Docket Number(s) _____

        None ( )

3.  Arrest Date:  _____

4.  Nature of offense(s):  (X)   Felony
                          ( )   Misdemeanor

5.  Related Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the
    Local E.D.N.Y. Division of Business Rules): _____

6.  Projected Length of Trial:   Less than 6 weeks   (X)
                                 More than 6 weeks   ( )

7.  County in which the cause of action arose:   Kings
    (Pursuant to Rule 50.1(d) of the Local EDNY Division of Business Rules)

8.  Has this indictment/information been ordered sealed?   ( ) Yes   (X) No

9.  Have arrest warrants been ordered?   ( ) Yes   (X)  No

UNITED STATES ATTORNEY

By:   _____
      John Buretta
      Assistant U.S. Attorney

Rev. May 29, 1996

08cr 530
ILG
JMA